RAHM, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Theresa Rahm, as

administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order denying plaintiff's motion for a new trial upon the minutes of the court affirmed, with costs.